# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Marc Allen Kirkbride  Docket No. 5:00-CR-175-2BO

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Marc Allen Kirkbride, who, upon an earlier plea of guilty to 18 U.S.C. §2111 & 2, Robbery and Aiding and Abetting, 18 U.S.C. §924(c)(1)(A) & 2, Use, Carry and Brandish a Firearm During and in Relation To a Crime of Violence and Aiding and Abetting, and 18 U.S.C. §2113(a) & (d) & 2, Armed Bank Robbery and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 10, 2001, to the custody of the Bureau of Prisons for a term of 132 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall make restitution in the amount of $4219.50 and shall be due in full immediately.

Marc Allen Kirkbride was released from custody on March 26, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant suffers from Post Traumatic Stress Disorder and we are requesting that the mental health treatment condition be added to address his mental health needs.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Marc Allen Kirkbride
Docket No. 5:00-CR-175-2BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: June 10, 2011

## ORDER OF COURT

Considered and ordered this 10 day of June, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge